# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 FEB -8  P 12: 39

| | |
|---|---|
| BUDDY MILLER AND ) | |
| WANDA MILLER ) | |
| ) | |
| ) | |
| v. ) | Case No. CV206-53 |
| ) | |
| ) | |
| HONEYWELL INTERNATIONAL, INC. ) | |
| *formerly known as* ALLIEDSIGNAL, INC., and ) | |
| *formerly known as* ALLIED CHEMICAL ) | |
| CORPORATION ) | |
| ) | |

## ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Judgment on the Pleading, #7.

SO ORDERED, this 8th day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA